UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-0709 CR-UNGARO-BENAGES
MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

JAVIER OSCAR SANTANA,

   Defendant.
_____/

## AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Javier Oscar Santana, by his undersigned counsel files this <u>Amended Motion To Modify Conditions of Release</u>. In support of this Motion, the Defendant would state:

1. On September 6, 2000, the Defendant filed a Motion To Modify Conditions of Release. In said motion, the Defendant requested that this Court modify the conditions of pretrial release to allow him to move to 2734 Bird Road, Apartment 306, Miami, Florida 33133 to reside with his fiancee. Said motion is still pending.

2. Last week the Defendant's grandfather died. He has left to the Defendant his home. Said home is located at 20421 S. W. 118 Avenue, Miami, Florida 33177. The Defendant now desires to move to that location rather than continue to pay rent at 2734 Bird Road, Apartment 306, Miami, Florida 33133.

1

3. Accordingly, the Defendant now requests this Court modify the conditions of pretrial release to allow for him to reside at 24021 S. W. 118 Avenue, Miami, Florida 33177, telephone number is (305) 235-6301.

4. Undersigned counsel has attempted to contact Assistant United States Attorney Dana Washington but has been unable to do so.

WHEREFORE the Defendant requests this Honorable Court enter its Order modifying the conditions of the Defendant's release to permit him to reside at 24021 S. W. 118 Avenue, Miami, Florida 33177.

Respectfully submitted,

BRUCE A. ALTER, ESQ.
2937 S.W. 27th Avenue, #202
Miami, Florida   33133
(305) 443-1600
Counsel for Defendant
Florida Bar No. 217042

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed to AUSA Dana Washington, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132 and Laura Estevil, United States Pretrial Services, 330 Biscayne Boulevard, Suite 500, Miami, Florida 33132 on this __13__ day of September, 2000.

BRUCE A. ALTER, ESQ.

2