USD: FLSD 245B (Rev. 9/00) Sheet1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

### MIAMI DIVISION

AMENDED

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JAVIER OSCAR SANTANA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**Case Number:  00-709-CR-UUB**<br>Counsel For Defendant: **Bruce Alter, Esq.**<br>Counsel For The United States: Thomas A. O'Malley, AUSA<br>Court Reporter: **William Romanishin** |

FILED by _____ D.C.

JUL 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## THE DEFENDANT:

X pleaded guilty to count(s)   ONE

| Title & Section<br>Number(s) | Nature of Offense | Date Offense<br>Concluded | Count |
|---|---|---|---|
| 21 USC 846 | Conspiracy to possess with intent to distribute<br>MDMA or "ecstasy" | 8/22/00 | ONE |

The defendant is sentenced as provided in pages 2 through __4__ Of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X All remaining count(s) are dismissed on the motion of the United States.

   **IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **8/28/77**
Defendant's USM Number: **66231-004**

Defendant's Residence Address:
   20421 SW 118 Ave.,

   Miami, Fl. 33177

**March 2, 2001**
Date of Imposition of Judgment

_Ursula Ungaro-Benages_
Signature of Judicial Officer

**Ursula Ungaro-Benages**
**United States District Judge**

Date: **7/24/01**

USDC FLSD 245B (Rev. 9/00) Sheet 3 - Supervised Release

DEFENDANT: **SANTANA, JAVIER OSCAR**
CASE NUMBER: **00-709-CR-UUB**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of

The defendant shall report to the probation office in the district in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.
The defendant shall not illegally possess a controlled substance.
*For offenses committed on or after September 13, 1994:*
The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.
X **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**
    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.
    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).
    The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each Month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other Acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer and controlled Substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a Felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at anytime at home or elsewhere and shall permit confiscation of any Contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the Permission of the court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal Record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the Defendant's compliance with such notification requirement.

DEFENDANT: **SANTANA, JAVIER OSCAR**
CASE NUMBER: **00-709-CR-UUB**

# PROBATION

The defendant is hereby placed on probation for a term of FIVE (5) YEARS. The defendant shall reside in a Community Corrections Center for a period of SIX months, designated by the Bureau of Prisons and shall observe the rules of that facility. The defendant shall be allowed to work full time or attend school full time during this period follow the established curfew of the facility while a resident. Upon completion of C.C. the defendant shall commence participate in the Home Detention Electronic Monitoring Program for a period of SIX months.  During this time the defendant shall remain at his or her place of residence except for employment and other activities approved in advance by the United States Probation Officer. The defendant shall maintain a telephone at his or her place of residence without call forwarding, call waiting, a modem, Caller ID, or call back/call block services for the above period.  The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the United States Probation Officer.  In addition, the defendant shall pay cost of electronic monitoring. The defendant's curfew shall be 11:00 P.M. for the next twelve months. The defendant shall also be required to continue full time employment or a full time education .The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer. The defendant shall perform 250 hours of community service over the period of supervision, as directed by the United States Probation Officer. The defendant shall not incur any further debt, included but not limited to loans, lines of credit or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the United States Probation Officer.. The defendant shall not commit another federal, state, or local crime. The defendant shall submit to random drug tests. The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer;
2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each Month;
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) The defendant shall support his or her dependents and meet other family responsibilities;
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other Acceptable reasons;
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer and controlled Substance or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a Felony unless granted permission to do so by the probation officer;
10) The defendant shall permit a probation officer to visit him or her at anytime at home or elsewhere and shall permit confiscation of any Contraband observed in plain view of the probation officer;
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the Permission of the court;
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal Record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the Defendant's compliance with such notification requirement.

USDC FLSD 245B (Rev 9/00) Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT: **SANTANA, JAVIER OSCAR**
CASE NUMBER: **00-709-CR-UUB**

# CRIMINAL MONETARY PENALTIES

Assessment  And  Fine
Totals:$100.00        $2,000.00


X                           **Assessment is due immediately**

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties
imposed.


**The assessment is payable to the U.S. COURTS and is to be addressed to:**


**U.S. CLERK'S OFFICE
ATTN: FINANCIAL SECTION
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FLORIDA 33132**


**The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for
the enforcement of this order.**

The defendant shall forfeit and surrender right, title and interest in any portion of a 1996 Mercedes Benz
E320 as per the Preliminary Forfeiture Order entered on 12/6/01.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution
interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including
cost of prosecution and court costs.

USDC FLSD 245B (Rev 9/00) Sheet 6A - Statement of Reasons

Judgment-Page _4_ of _4_

## DEFENDANT: **SANTANA, JAVIER OSCAR**
## CASE NUMBER: **00-709-CR-UUB**

# STATEMENT OF REASONS

Χ **The Court adopts the factual findings and guideline application in the presentence report.**

# OR

The Court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):
**Guideline Range Determined by the Court:**

Total Offense Level:   I

Criminal History Category: 24 to 30 months

Imprisonment Range: 2 to 3 years

Supervised Release Range: 5,000. To 1 million

Χ **The sentence departs from the guideline range:**

Χ **upon motion of the government, as a result of defendant's substantial assistance.**

For the following specific reason(s):